UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                  :     11 Civ. 5201 (DLC)
                                  :     11 Civ. 6188 (DLC)

FEDERAL HOUSING FINANCE AGENCY,        :     11 Civ. 6189 (DLC)
                                  :     11 Civ. 6190 (DLC)

                  Plaintiff,      :     11 Civ. 6192 (DLC)
                                  :     11 Civ. 6193 (DLC)

      -v-                       :     11 Civ. 6195 (DLC)
                                  :     11 Civ. 6196 (DLC)
                                  :     11 Civ. 6198 (DLC)

UBS AMERICAS INC., et al.,           :     11 Civ. 6200 (DLC)
                                :     11 Civ. 6201 (DLC)

                  Defendants;     :     11 Civ. 6202 (DLC)
                                :     11 Civ. 6203 (DLC)

And other FHFA cases.               :     11 Civ. 6739 (DLC)
                                :     11 Civ. 7010 (DLC)

                                :
------------------------------------------X     ORDER

DENISE COTE, District Judge:

    On April 30, 2013, the parties in the Tranche 3 and 4

Actions submitted letters regarding the status of the

production, identification, and stipulation of Loan Files and

Guidelines relating to FHFA's Sample Loans.  In its status

report, FHFA indicated that JPMorgan is searching for

approximately 192 Sample Loan Files that it or related entities

serviced, and has not provided a date by which it expects to

complete production of these files.  It is hereby



ORDERED that JPMorgan provide by **May 3, 2013**, a date by which it expect to complete production of the Loan Files mentioned in FHFA's April 30 status report.


Dated:     New York, New York
           May 2, 2013

                              _____
                                    DENISE COTE
                              United States District Judge