UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>                Plaintiff,<br><br>  -against-<br><br>CITIGROUP INC., *et al.*,<br><br>                Defendants. | 11 Civ. 6196 (DLC) |

**STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE**

WHEREAS Plaintiff, Federal Housing Finance Agency, and Defendants Citigroup Inc., Citigroup Mortgage Loan Trust Inc., Citigroup Global Markets Inc., Citigroup Global Markets Realty Corp., Susan Mills, Randall Costa, Scott Freidenrich, Richard A. Isenberg, Mark I. Tsesarsky, Peter Patricola, Jeffrey Perlowitz, and Evelyn Echevarria have reached a settlement disposing of all claims asserted in the above-captioned action (the "Action");

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), this Action shall be, and hereby is, dismissed with prejudice, each party to bear its own costs.

Dated: May 28, 2013
      New York, New York

Case 1:11-cv-06196-DLC   Document 348   Filed 05/28/13   Page 2 of 2

By: /s/ Philippe Z. Selendy
Philippe Z. Selendy
(philippeselendy@quinnemanuel.com)
Manisha M. Sheth
(manishasheth@quinnemanuel.com)
Jordan A. Goldstein
(jordangoldstein@quinnemanuel.com)
David B. Schwartz
(davidschwartz@quinnemanuel.com)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Ave.
22nd Floor
New York, New York 10010

*Attorneys for Plaintiff*
*Federal Housing Finance Agency*

By: /s/ Brad S. Karp
Brad S. Karp
(bkarp@paulweiss.com)
Bruce Birenboim
(bbirenboim@paulweiss.com)
Susanna M. Buergel
(sbuergel@paulweiss.com)
Caitlin E. Grusauskas
(cgrusauskas@paulweiss.com)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Tel. (212) 373-3000
Fax (212) 757-3990

*Attorneys for Defendants Citigroup Inc.,*
*Citigroup Mortgage Loan Trust Inc., Citigroup*
*Global Markets Inc., Citigroup Global Markets*
*Realty Corp., Susan Mills, Randall Costa, Scott*
*Freidenrich, Richard A. Isenberg, Mark I.*
*Tsesarsky, Peter Patricola, Jeffrey Perlowitz,*
*and Evelyn Echevarria*

SO ORDERED:

_____
Hon. Denise L. Cote
United States District Judge