UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>      Plaintiff,<br><br> -against-<br><br>CITIGROUP INC., *et al.*,<br><br>      Defendants. | 11 Civ. 6196 (DLC) |
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>      Plaintiff,<br> -against-<br><br>JPMORGAN CHASE & CO., *et al.*,<br><br>      Defendants. | 11 Civ. 6188 (DLC) |
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>      Plaintiff,<br> -against-<br><br>ALLY FINANCIAL INC., *et al.*,<br><br>      Defendants. | 11 Civ. 7010 (DLC) |

**NOTICE OF THE SETTLING
PARTIES' JOINT MOTION FOR ORDERS OF VOLUNTARY DISMISSAL WITH
PREJUDICE AND BAR ORDERS**

PLEASE TAKE NOTICE THAT, upon the Settling Parties' Memorandum of Law in Support of their Joint Motion for Orders of Voluntary Dismissal with Prejudice and Bar Orders, dated May 29, 2013, the accompanying Declaration of Susanna M. Buergel, and the exhibits attached thereto, and all other papers and proceedings herein, Plaintiff, Federal Housing Finance Agency ("FHFA"), as conservator for the Federal National Mortgage Association and the Federal Home Loan Mortgage Corporation, and Defendants Citigroup Inc., Citigroup Mortgage Loan Trust Inc., Citigroup Global Markets Inc., Citigroup Global Markets Realty Corp., Susan Mills, Randall Costa, Scott Freidenrich, Richard A. Isenberg, Mark I. Tsesarsky, Peter Patricola, Jeffrey Perlowitz, and Evelyn Echevarria (together "the Citi Defendants") (with FHFA, "the Settling Parties") will move this Court, before the Honorable Denise Cote, United States District Judge for the Southern District of New York, on a date and time to be set by the Court, pursuant to Federal Rules of Civil Procedure 21, 41(a)(1)(ii), and 41(a)(2), for an Order of Voluntary Dismissal with Prejudice in *Federal Housing Finance Agency* v. *Citigroup Inc., et al.*, 11 Civ. 6196 (DLC), and for Orders of Voluntary Dismissal with Prejudice and Bar Orders in *Federal Housing Finance Agency* v. *JPMorgan Chase & Co., et al.*, 11 Civ. 6188 (DLC) and *Federal Housing Finance Agency* v. *Ally Financial Inc., et al.*, 11 Civ. 7010 (DLC).  The bases for the motion are set forth in the accompanying Memorandum of Law.

Dated: May 29, 2013  
New York, New York

Respectfully submitted,

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| By: /s/ Philippe Z. Selendy<br>Philippe Z. Selendy<br>Manisha M. Sheth<br>Jordan A. Goldstein<br>Madison Avenue, 22nd Floor<br>New York, New York 10010<br>(212) 849-7000 | By: /s/ Brad S. Karp<br>Brad S. Karp<br>Bruce Birenboim<br>Susanna M. Buergel<br>1285 Avenue of the Americas<br>New York, New York 10019<br>(212) 373-3000 |

*Attorneys for the Citi Defendants*

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By: /s/ Marc E. Kasowitz  
Marc E. Kasowitz  
Hector Torres  
Christopher P. Johnson  
Michael Hanin  
Kanchana Wangkeo Leung  
1633 Broadway  
New York, New York 10019  
(212) 506-1700

*Attorneys for Plaintiff*  
*Federal Housing Finance Agency, as Conservator for Fannie Mae and Freddie Mac*